# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2009

140117 & (46)

DENISE M. PAGURA,
        Plaintiff/Counter-
        Defendant/Appellant,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
        Defendant/Counter-
        Plaintiff-Appellee.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140117
COA: 291265
Newaygo CC: 02-018423-CE

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 23, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2009

_____
Clerk

s1215